UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CELIA DAVIS,

                Plaintiff,

      -v-

CITY OF NEW YORK,

                Defendant.

22-CV-7056 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, County of New York, on August 18, 2022. Counsel for the plaintiff is directed to file an appearance with this Court no later than August 6, 2022.

    Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by August 26, 2022.

    SO ORDERED.

Dated: August 22, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge